**DAVID A. TORRES AND ASSOCIATES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
ERISHENIQUA DIXON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STACEY KINYADA LEE<br>DEANA SHIRELLE NOLEN<br>WILLIE SHERMAN PRUDE<br>CHEANEY LAVELL KEY<br>ERISHENIQUA D. DIXON,<br><br>　　　　　　Defendant, | Case No.: 12-CR-00301 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

ANTHONY W. ISHII AND KIRK SHERIFF, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, ERISHENIQUA DIXON, by and through her attorney of record, DAVID A. TORRES hereby request that the change of plea hearing date currently set for Monday, January 14, 2013 be continued to January 28, 2013 or a date convenient to court and counsel.

　　I have had difficulty meeting with my client in that she does not have transportation. She resides in Mojave which is 1 hour and 45 minutes from Bakersfield. She does not own a vehicle nor does she have reasonable means to travel to Bakersfield. Currently Ms. Dixon is in the

process of finding transportation to Bakersfield to review the plea agreement. This is a mutual agreement between myself, all co-counsel and Assistant United States Attorney Kirk Sheriff.

**The defendant is willing to continue excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.**

Based upon the foregoing, I respectfully request that this matter be continued to January 28, 2013.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

Dated: January 10, 2013 /s/ Charles J. Lee
CHARLES J. LEE
Attorney for Defendant
Stacey Kinyada Lee

Dated: January 10, 2013 /s/Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant
Deana Shirelle Nolan

Date: January 10, 2013 /s/ Carl Faller
CARL FALLER
Attorney for Defendant
Willie Sherman Prude

Date: January 10, 2013 /s/ Edward Marshall Hodgkins
EDWARD MARSHALL HODGKINS
Attorney for Defendant
Cheaney Lavell Key

Date: January 10, 2013 /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant
David A. Torres

Date: January 10, 2013 /s/ Kirk Sheriff
KIRK SHERIFF
Assistant United Stated Attorney

# ORDER

**IT IS SO ORDERED**. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   January 11, 2013

_____
UNITED STATES DISTRICT JUDGE