**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
ERISHENIQUA D. DIXON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>ERISHENIQUA D. DIXON<br><br>                      Defendant, | Case No.: 12-CR-00301 AWI<br><br>**STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

ANTHONY W. ISHII AND KIRK SHERRIFF, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, ERISHENIQUA DIXON, by and through her attorney of record, DAVID A. TORRES hereby requesting that a change of plea hearing be set for Monday, February 11, 2013.

    This is a mutual agreement between myself and AUSA, Kirk Sherriff.

    IT IS SO STIPULATED.

Dated:2/7/13                                      /s/ David A. Torres
                                                          DAVID A. TORRES
                                                          Attorney for Defendant
                                                          ERISHENIQUA D. DIXON


Dated: 2/7/13                                     /s/ Kirk Sherriff
                                                          KIRK SHERRIFF
                                                          Assistant U. S. Attorney

# ORDER

**IT IS SO ORDERED**. Change of plea hearing is set for Monday, February 11, 2013, at 10:00am in Courtroom 2 before Senior U.S. District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated: February 7, 2013

SENIOR DISTRICT JUDGE