HEATHER WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
STACEY KINYADA LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:12-cr-00301 AWI-BAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE HEARING |
| v. | ) |
| STACEY KINYADA LEE, | ) DATE: June 24, 2013 ) TIME: 1:00 P.M. ) JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for May 13, 2013 **may be continued to June 24, 2013 at 1:00 p.m. before Magistrate Barbara A. McAuliffe.**

The parties have been in plea negotiations for some time. The defense has recently received a new plea agreement from the government and needs additional time to discuss this offer with client.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 6, 2013                By:   /s/ *Kirk E. Sherriff*
                                        KIRK E. SHERRIFF
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER WILLIAMS
                                        Federal Defender

DATED: May 6, 2013                By:   /s/ *Charles J. Lee*
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        STACEY KINYADA LEE

# O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **May 6, 2013**              **/s/ Barbara A. McAuliffe**
                                      UNITED STATES MAGISTRATE JUDGE