1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                              ) 1:12-CR-00301-AWI-BAM
                                )
11 UNITED STATES OF AMERICA,    ) ORDER FOR FORFEITURE MONEY
                                ) JUDGMENT
12            Plaintiff,         )
                                )
13        v.                    )
                                )
14 CHEANEY LAVELL KEY,          )
                                )
15            Defendant.         )
                                )
16 _____

17      Based upon the United States' Application for Forfeiture Money

18 Judgment and the plea agreement entered into between plaintiff United

19 States of America and defendant Cheaney Lavell Key,

20      IT IS HEREBY ORDERED that

21      1.  The defendant Cheaney Lavell Key shall forfeit to the

22 United States the sum of $26,782.00 and the Court imposes a personal

23 forfeiture money judgment against defendant in that amount.

24      2.  Any funds applied towards such judgment shall be forfeited

25 to the United States of America and disposed of as provided for by

26 law.  Prior to the implementation of sentence, any funds delivered to

27 the United States to satisfy the personal money judgment shall be

28 seized and held by the U.S. Marshals Service, in its secure custody

and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $26,782.00 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated: May 8, 2013

_____
SENIOR DISTRICT JUDGE