```
ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
DEANA SHIRELLE NOLEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:12-CR-00301-AWI |
| ) Plaintiff, ) | |
| vs. ) ) | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA |
| ) ) | |
| DEANA SHIRELLE NOLEN AND ) WILLIE SHERMAN PRUDE, ) ) | Date: May 20, 2013 Time: 10:00 a.m. Hon. Anthony W. Ishii |
| Defendants. ) | |

Plaintiff United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Change of Plea on May 20, 2013, at 10:00 a.m.

2. By this stipulation, defendant now moves to continue the Change of Plea until **June 17, 2013, at 10:00 a.m.** and to exclude time between May 20, 2013, and June 17, 2013, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The Defendants are still working on acquiring the funds needed to travel to this court for their Change of Plea and Sentencing hearings.

b. Additional time is needed for further plea negotiations.

c. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendants in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 20, 2013, to June 17, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at Defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///

IT IS SO STIPULATED.

Dated: May 16, 2013　　　　　　　　　　*/s/ Kirk E. Sherriff*
　　　　　　　　　　　　　　　　　　　Assistant United States
　　　　　　　　　　　　　　　　　　　Attorney

Dated: May 16, 2013　　　　　　　　　　*/s/ Anthony P. Capozzi*
　　　　　　　　　　　　　　　　　　　Anthony P. Capozzi
　　　　　　　　　　　　　　　　　　　Attorney for
　　　　　　　　　　　　　　　　　　　DEANA SHIRELLE NOLEN

Dated: May 16, 2013　　　　　　　　　　*/s/ Carl Faller*
　　　　　　　　　　　　　　　　　　　Carl Faller
　　　　　　　　　　　　　　　　　　　Attorney for
　　　　　　　　　　　　　　　　　　　WILLE SHERMAN PRUDE

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 20, 2013, to, and including, June 17, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Change of Plea currently scheduled for May 20, 2013, at 10:00 a.m. is continued to **June 17, 2013, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:　May 16, 2013　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE