**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 "K" Street
Bakersfield, CA 93301
Ph.: (661) 326-0857
Fax.: (661) 326-0936
e-mail:lawtorres@aol.com

Attorney for Defendant
ERISHENIQUA D. DIXON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　PLAINTIFF,<br><br>vs.<br><br>ERISHENIQUA D. DIXON,<br><br>　　　　　　　　DEFENDANT, | Case No.:12-CR-00301 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF CALIFORNIA, HONORABLE ANTHONY W. ISHII , AND ASSISTANT U.S. ATTORNEY KIRK SHERRIFF:

　　　Defendant, ERISHENIQUA D. DIXON by and through her attorney of record, DAVID A. TORRES, and KIRK SHERRIFF of the United States Attorney's Office, hereby stipulate the Sentencing currently set for Monday June 3, 2013 at 10: 00 a.m. be continued to Monday June 10, 2013 at 10 a.m.

　　　I request additional time to discuss the PSI report with Ms. Dixon. It has been difficult to contact her since she delivered her child.

Stipulation to continue status conference

Based upon the foregoing, I respectfully request that this matter be continued to Monday June 10, 2013.

The parties also agree the delay resulting from the continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

Dated: 05/30/2013             By/s/ David A. Torres
DAVID A. TORRES,
Attorney for Defendant,
ERISHENIQUA D. DIXON

Dated: 05/30/2013             By /s/ Kird Edward Sherriff
KIRK EDWARD SHERRIFF
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

**IT IS SO ORDERED**. For the reasons forth above, the continuance requested is granted for good cause. The court finds the end of justice outweigh the interests of the public and the defendant's rights to a speedy trial. Therefore, time is excluded in the interests of justice pursuant to 18 U.S. C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   May 30, 2013

_____
SENIOR DISTRICT JUDGE