| | |
|---|---|
| 1 | HEATHER WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | STACEY KINYADA LEE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-00301 AWI-BAM |
| | ) | |
| *Plaintiff,* | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE HEARING |
| v. | ) | |
| | ) | DATE: July 29, 2013 |
| STACEY KINYADA LEE, | ) | TIME: 10:00 A.M. |
| | ) | JUDGE: Hon. Anthony W. Ishii |
| *Defendant.* | ) | |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for June 24, 2013 before Magistrate Barbara A. McAuliffe **may be continued to July 29, 2013 at 10:00 a.m. before Senior District Court Judge Anthony W. Ishii.**

The parties have reached a resolution on the case and Ms. Lee wishes to enter a plea at her next court hearing. The date requested is to give Ms. Lee, who currently resides in Los Angeles and is working part-time, sufficient time to make arrangements for her appearance in Fresno.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.

§§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                 Respectfully submitted,

                 BENJAMIN B. WAGNER
                 United States Attorney

DATED: June 19, 2013       By: /s/ *Kirk E. Sherriff*
                   KIRK E. SHERRIFF
                   Assistant United States Attorney
                   Attorney for Plaintiff


                 HEATHER WILLIAMS
                 Federal Defender

DATED: June 19, 2013       By: /s/ *Charles J. Lee*
                   CHARLES J. LEE
                   Assistant Federal Defender
                   Attorneys for Defendant
                   STACEY KINYADA LEE

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

  IT IS SO ORDERED.

  **Dated: June 19, 2013**      **/s/ Barbara A. McAuliffe**
                     UNITED STATES MAGISTRATE JUDGE