BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:12-CR-00301-AWI-BAM |
| | ) |
| | ) ORDER FOR FORFEITURE MONEY |
| Plaintiff, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| STACEY KINYADA LEE, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Based upon the United States' Application for Forfeiture Money Judgment and the plea agreement entered into between plaintiff United States of America and defendant Stacey Kinyada Lee,

IT IS HEREBY ORDERED that

1.    The defendant Stacey Kinyada Lee shall forfeit to the United States the sum of $203,409.00 and the Court imposes a personal forfeiture money judgment against defendant in that amount.

2.    Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the implementation of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody

Order for Forfeiture Money
Judgment

and control.

    3.    This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

    4.    The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $203,409.00 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated: __August 26, 2013__          _____

                                    SENIOR DISTRICT JUDGE

Order for Forfeiture Money Judgment